■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. LAWRENCE BROWN, Appellant, v HAROLD J. SMITH, as Superintendent of the Attica Correctional Facility, et al., Respondents. — Appeal unanimously dismissed as moot. (See *People ex rel. Wilder v Markley,* 26 NY2d 648.) (Appeal from judgment of Wyoming Supreme Court — habeas corpus.) Present — Cardamone, J.P., Callahan, Doerr, Denman and Moule, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STEVEN M. BLIES, Appellant. — Judgment unanimously affirmed. (See *People v Glasper,* 52 NY2d 970.) (Appeal from judgment of Erie Supreme Court — grand larceny, second degree.) Present — Simons, J.P., Hancock, Jr., Doerr, Denman and Schnepp, JJ.

■ CHARLES W. DORSEY, Plaintiff, v WILLIAM WINKEY, Defendant and Third-Party Plaintiff-Appellant. JOHN V. LINDBERGH, Doing Business as LINDBERGH REALTY COMPANY, Third-Party Defendant-Respondent. — Order unanimously modified to strike the last ordering paragraph insofar as it provides that the dismissal of the third-party complaint is without prejudice, and, as modified, affirmed, with costs to third-party defendant. (Appeal from order of Erie Supreme Court — summary judgment.) Present — Simons, J.P., Hancock, Jr., Doerr, Denman and Schnepp, JJ.